JON - CUM - 4/11/2012

**STATE OF MAINE**

CUMBERLAND COUNTY
UNIFIED CRIMINAL COURT
Docket No. CR-11- 5955

State of Maine

**ORDER ON MOTION**

V.

TYLER TRUE

**The State was represented by:  ADA Matthew Tice**

**The Defendant was represented by; Neil Weinstein, Esq.**

**The court has carefully considered the following motions:**
☐ 1.          The  Defendant's Motion to Suppress which was heard on April 10, 2012.

☐ 2.    **The court concludes :**

The initial turn over the line along with weaving within the lane observed over four miles coupled with the entry into the wrong lane at the rotary constituted adequate reasonable articulable suspicion of criminality to justify the stop. *See e.g. State v. Burnham 610 A.2d 733 (Me. 1992) ( weaving within center line and breakdown lane factor justifying stop).*

The court also concludes Officer Swann to be credible in his testimony regarding this event and his observations of Mr. True after the stop constituted probable cause for BAC testing and subsequent arrest.

Contrary to the claims made at hearing, requiring a person to submit to roadside field sobriety testing does not rise to the functional level of arrest and is therefore not considered custody for either Miranda purposes or requiring probable cause to conduct field sobriety testing. *See e.g. State v. Little 468 A.2d 615 (Me. 1983), State v. Griffin 459 A.2d 1086 (Me. 1983).*

☐ **3.   THEREFORE, it is hereby ORDERED as follows:**

Motion to Suppress  is denied.


The Clerk is directed to incorporate this order by reference on the docket.

Date:_____4/11/12_____          _____
                                    Justice Maine Superior Court

STATE OF MAINE
vs
TYLER D TRUE
2659 WESTSIDE RD
NORTH CONWAY NH 03860

Docket No    CUMCD-CR-2011-05955

**DOCKET RECORD**

DOB: 09/10/1982
Attorney:    NEAL WEINSTEIN                          State's Attorney:    STEPHANIE ANDERSON
             LAW OFFICES NEAL WEINSTEIN
             32 SACO AVENUE
             PO BOX 660
             OLD ORCHARD BEACH ME 04064-0660
             RETAINED 09/01/2011

**Charge(s)**

1    OPERATING UNDER THE INFLUENCE                                08/28/2011    GORHAM
Seq 11493          29-A  2411(1-A)(A)          Class D
SWANN                               /    USM

**Docket Events:**

09/12/2011  FILING DOCUMENT - CASH BAIL BOND FILED ON 09/02/2011

09/12/2011  Charge(s):  1
            HEARING - ARRAIGNMENT SCHEDULED FOR 10/11/2011 at 08:30 a.m. in Room No.  1

            NOTICE TO PARTIES/COUNSEL
09/12/2011  BAIL BOND - $350.00 CASH BAIL BOND FILED ON 09/02/2011

            Bail Receipt Type:  CR
            Bail Amt:  $350
            Receipt Type:  CK
            Date Bailed:  08/28/2011        Prvdr Name:   BRIAN  TRUE
                                            Rtrn Name:    BRIAN  TRUE
            11/19/54  682
09/26/2011  Party(s):    TYLER D TRUE
            ATTORNEY - RETAINED ENTERED ON 09/01/2011

            Attorney: NEAL WEINSTEIN
09/27/2011  Charge(s):  1
            SUPPLEMENTAL FILING - COMPLAINT FILED ON 09/27/2011
            JAMES  TURCOTTE , ASSISTANT CLERK
10/11/2011  Charge(s):  1
            HEARING - ARRAIGNMENT WAIVED ON 10/11/2011 at 08:30 a.m. in Room No.  1

10/11/2011  Charge(s):  1
            PLEA - NOT GUILTY ENTERED BY COUNSEL ON 10/11/2011 at 08:30 a.m. in Room No.  1

10/11/2011  Charge(s):  1
            HEARING - DISPOSITIONAL CONFERENCE SCHEDULED FOR 12/08/2011 at 01:00 p.m. in Room No.  7

10/11/2011  Charge(s):  1
            TRIAL - JURY TRIAL SCHEDULED FOR 01/23/2012 at 08:30 a.m. in Room No.  11

            NOTICE TO PARTIES/COUNSEL
11/08/2011  NOTE - OTHER CASE NOTE ENTERED ON 11/07/2011

            LETTER RECEIVED FROM DEF ATTORNEY REQUESTING PM CONF TIME.
11/28/2011  Charge(s):  1

HEARING - DISPOSITIONAL CONFERENCE NOTICE SENT ON 11/28/2011

12/08/2011 Charge(s): 1
HEARING - DISPOSITIONAL CONFERENCE HELD ON 12/08/2011
PAUL E EGGERT , JUDGE
Attorney: NEAL WEINSTEIN
DA: MATTHEW TICE
HELD
12/08/2011 Charge(s): 1
MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 12/08/2011

12/08/2011 Charge(s): 1
HEARING - MOTION TO SUPPRESS SCHEDULED FOR 12/13/2011 at 01:00 p.m. in Room No. 8

NOTICE TO PARTIES/COUNSEL
12/08/2011 Charge(s): 1
HEARING - MOTION TO SUPPRESS NOTICE SENT ON 12/08/2011

12/12/2011 Charge(s): 1
MOTION - MOTION TO CONTINUE FILED BY DEFENDANT ON 12/12/2011

12/13/2011 Charge(s): 1
MOTION - MOTION TO CONTINUE GRANTED ON 12/13/2011
MARY KELLY , JUDGE
COPY TO PARTIES/COUNSEL
12/13/2011 Charge(s): 1
HEARING - MOTION TO SUPPRESS CONTINUED ON 12/13/2011
MARY KELLY , JUDGE
12/13/2011 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 01/10/2012 at 01:00 p.m. in Room No. 1

NOTICE TO PARTIES/COUNSEL
12/13/2011 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 12/13/2011

01/11/2012 HEARING - MOTION TO SUPPRESS CONTINUED ON 01/10/2012
ROLAND A COLE , JUSTICE
01/11/2012 MOTION - MOTION TO CONTINUE FILED BY DEFENDANT ON 01/03/2012

Attorney: NEAL WEINSTEIN
01/11/2012 MOTION - MOTION TO CONTINUE GRANTED ON 01/10/2012
ROLAND A COLE , JUSTICE
COPY TO PARTIES/COUNSEL
01/11/2012 Charge(s): 1
TRIAL - JURY TRIAL NOT HELD ON 01/10/2012

01/11/2012 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 04/10/2012 at 01:00 p.m.

NOTICE TO PARTIES/COUNSEL
01/11/2012 Charge(s): 1
TRIAL - JURY TRIAL SCHEDULED FOR 04/23/2012 at 08:30 a.m. in Room No. 11

NOTICE TO PARTIES/COUNSEL
04/11/2012 HEARING - MOTION TO SUPPRESS HELD ON 04/10/2012

JOHN H ONEIL JR, JUDGE

Attorney: NEAL WEINSTEIN

DA: MATTHEW TICE

TAPE 3771 & 3788                                                     AFTER HEARING

MOTION TO SUPPRESS IS UNDER ADVISEMENT

04/11/2012 Charge(s): 1

MOTION - MOTION TO SUPPRESS DENIED ON 04/10/2012

JOHN H ONEIL JR, JUDGE

COPY TO PARTIES/COUNSEL

A TRUE COPY

ATTEST: _____

Clerk

SUPERIOR COURT
CUMBERLAND, ss.
Docket No.PORSC-CR-2007-02695

**WARRANT OF ARREST**

List of charges:

CHARGE #001 SEQ: 9878  OPERATING UNDER THE INFLUENCE  DOV: 07/14/2007
Location: PORTLAND
Class D, Title 29-A M.R.S.A. §2411(1-A)(A)
Dept : POR  Officer Name : JESSICA L GOOGINS

CHARGE #002 SEQ: 9867  OPERATE VEHICLE WITHOUT LICENSE  DOV: 07/14/2007
Location: PORTLAND
Class E, Title 29-A M.R.S.A. §1251(1)(A)
Dept : POR  Officer Name : JESSICA L GOOGINS

CHARGE #003 SEQ: 4845  FAILING TO GIVE MOTOR VEHICLE ACCIDENT INFORMATION  DOV: 07/14/2007
Location: PORTLAND
Class E, Title 29-A M.R.S.A. §2255(2)
Dept : POR  Officer Name : JESSICA L GOOGINS

CHARGE #004 SEQ: 4845  FAILING TO GIVE MOTOR VEHICLE ACCIDENT INFORMATION  DOV: 07/14/2007
Location: PORTLAND
Class E, Title 29-A M.R.S.A. §2255(2)
Dept : POR  Officer Name : JESSICA L GOOGINS

CHARGE #005 SEQ: 684  THEFT BY UNAUTHORIZED USE OF PROPERTY  DOV: 07/14/2007
Location: PORTLAND
Class D, Title 17-A M.R.S.A. §360(1)(A)
Dept : POR  Officer Name : JESSICA L GOOGINS